**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
LEYLA S-H,

                        Plaintiff,                        25 **CIVIL** 3735 (GRJ)

      -against-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Decision and Order dated May 28, 2026, Plaintiff's request for judgment

on the pleadings is DENIED; the Commissioner's request for Judgment on the Pleadings is

GRANTED; and this case is DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York

     June 1, 2026

                                     **TAMMI M. HELLWIG**

                                      **Clerk of Court**

               **BY:**                                      **Deputy Clerk**